UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>RALPH ROMERO, )<br>) | CAUSE NO. 3:03-CR-18(01)RM |

OPINION AND ORDER

On August 18, 2005, the Court of Appeals affirmed this court's order sentencing Mr. Romero to 420 months' imprisonment, rejecting Mr. Romero's contention that the sentence would violate ex post facto principles applied through the due process clause. On August 29, 2005, this Court dismissed defendant's then-pending appeal. Mr. Romero now submits a motion for production of his case file from his former attorney Mr. James D. Stevens. Because this case has been terminated this motion [Doc. No. 95] is **DENIED AS MOOT**.

SO ORDERED.

ENTERED:   August 29, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   R. Romero
J. Stevens
K. Hays